PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:17CR03239-001 MLG |
| DOCKET NUMBER *(Rec. Court)* | 2:26-cr-00271-JAD-DJA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Jaden Quezada | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE: J. Thomas Marten, Senior United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM: 10/30/2026 TO: 10/29/2031 |

OFFENSE

Ct. 1 of Indictment: 18 U.S.C. 1951(a), Interference with Commerce by Threats and Violence; Ct. 2 of Indictment: 18 U.S.C. 924(c), Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence, and Possessing and Brandishing a Firearm in Furtherance of Such Crime; and Ct. 1 of Information: 18 U.S.C. 1951(a), Interference with Commerce by Threats and Violence

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

No ties to the District of New Mexico. Familial ties are in the District of Nevada.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF New Mexico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 17, 2026
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____________ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/24/2026
*Effective Date*

*United States District Judge*